Mcraine, Samaya
_____
Name
PO Box 110858
_____
Mailing address
Anchorage AK 99511
_____
City, State, Zip
907 444 6382
_____
Telephone

RECEIVED

NOV 1 3 2018

CLERK, U.S, DISTRICT
COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Samaya K Mcraine        ,
_____
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Central Peninsula Hospital,
_____
250 Hospital Pl Soldotna Ak,
_____
907 714.4404        99669,
_____
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:18CV-00270-TMB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Samaya Mcraine,
(print your name)

who presently resides at PO Box 110858 Anchorage AK 99511,
(mailing address)

were violated by the actions of the individual(s) named below.

**2. Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Central Peninsula Hospital_ is a citizen of
_____ , and is employed as a _____ .
    (state)                               (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ is a citizen of
                                      (name)
_____ , and is employed as a _____ .
    (state)                               (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
                                      (name)
_____ , and is employed as a _____ .
    (state)                               (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

See Attached complaint entitled
"2018 Mcraine, Samaya vs. Central Peninsula Hospital"
pages 2 through 11

<u>Claim 1</u>: On or about ___11, March 2018___, my civil right to Access to
(Date)

Personal Medical Records + due process,

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___Central Peninsula Hospital + API___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

See Attached "2018 Mcraine, Samaya vs Central Peninsula Hospital"
Pg 2-6

See Attached. "Department of Health + Human Services Office of Civil Rights Responce Pg 7-11

Submitted original complaint to Alaska legal Services 3-30-18 Appealed decision to Maggie Humm via Email 6-19-18

Counceling team at Anchorage Community Mental Health discussed issues and emaild 1st draft copy to Rebecca Devito on 7-3-18

Spoke w/ numerous Leagal Services and two were willing to assist if I was able to provide retainer otherwise no assistance was located.

Spoke w/ representives in Govenors office whom directed me back to office of civil rights investigation - conclusion - write another complaint. -
All legal + Medical advice encouraged legal filing "Per Se"

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List only one violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Claim 3: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List only one violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Case 3:18-cv-00270-TMB   Document 1   Filed 11/13/18   Page 5 of 7

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. ~~Lawsuit 1:~~ complaint to DHHS - office of civil Rights

Plaintiff(s): Merraine, Samaya

Defendant(s): Central Peninsula Hospital

Name and location of court: _____

Docket number: CU 18-31204 Name of ~~judge:~~ Acting Director Alec Blakeley

Approximate date case was filed: 7-20-18 Date of final decision: 8-20-18

Disposition: _____ Dismissed _____ Appealed __X__ Still pending

Issues Raised: HIPPA - Records - Treatment - Resolution

b. Lawsuit 2:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at _____ on _13 November 2018_
                        (Location)                              (Date)

_____
          (Plaintiff's Original Signature)


_____        _____
  Original Signature of Attorney (if any)              (Date)


_____
_____
_____

Attorney's Address and Telephone Number